**Harry SMITH, Jr., Petitioner–
Appellant,**

v.

**DEPARTMENT OF CORRECTIONS,
DIRECTOR, Respondent–
Appellee.**

No. 10–7159.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 16, 2010.

Decided: Dec. 28, 2010.

Harry Smith, Jr., Appellant Pro Se.
Robert H. Anderson, III, Office of the
Attorney General of Virginia, Richmond,
Virginia, for Appellee.

Before GREGORY, DUNCAN, and
DAVIS, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Harry Smith, Jr., seeks to appeal the
district court's order denying relief on his
28 U.S.C. § 2254 (2006) petition. The or-
der is not appealable unless a circuit jus-
tice or judge issues a certificate of appeal-
ability. *See* 28 U.S.C. § 2253(c)(1) (2006).
A certificate of appealability will not issue
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2006). When the district
court denies relief on the merits, a prison-
er satisfies this standard by demonstrating
that reasonable jurists would find that the
district court's assessment of the constitu-
tional claims is debatable or wrong. *Slack
v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct.
1595, 146 L.Ed.2d 542 (2000); *see Miller–
El v. Cockrell,* 537 U.S. 322, 336–38, 123
S.Ct. 1029, 154 L.Ed.2d 931 (2003). When
the district court denies relief on procedur-
al grounds, the prisoner must demonstrate
both that the dispositive procedural ruling
is debatable, and that the petition states a
debatable claim of the denial of a constitu-
tional right. *Slack,* 529 U.S. at 484–85,
120 S.Ct. 1595. We have independently
reviewed the record and conclude that
Smith has not made the requisite showing.
Accordingly, we deny a certificate of ap-
pealability, deny Smith's motion for ap-
pointment of counsel, and dismiss the ap-
peal. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*DISMISSED.*